CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL JURY TRIAL**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                Case No. 19-40043-01-DDC

TYLER GILLUM (01),

       Defendant.

**Attys for Govt: Duston J. Slinkard, Sara Walton**
**Attys for Deft: Shazzie Naseem, Blake P. Saffels**

| JUDGE: | Daniel. D. Crabtree |
|---|---|
| CLERK: | Megan Garrett |
| COURT REPORTER: | Kim Greiner |

| DATE: | 4/5/2022 | 4/6/2022 | 4/7/2022 | 4/8/2022 | 4/11/2022 | 4/12/2022 | 4/13/222 |
|---|---|---|---|---|---|---|---|
| Start time: | 8:47 a.m. | 9:06 a.m. | 9:09 a.m. | 9:03 a.m. | 9:03 a.m. | 8:47 a.m. | 9:02 a.m. |
| End time: | 4:00 p.m. | 4:59 p.m. | 4:55 p.m. | 4:30 p.m. | 5:02 p.m. | 5:03 p.m. | 5:02 p.m. |
|  | 4/15/2022 | 4/18/2022 | 4/19/2022 | 4/20/2022 | 4/21/222 | 4/22/2022 |  |
| Start time: | 9:08 a.m. | 9:06 a.m. | 8:28 a.m. | 8:34 a.m. | 8:38 a.m. | 11:13 a.m. |  |
| End time: | 4:54 p.m. | 5:09 p.m. | 4:59 p.m. | 2:11 p.m. | 5:11 p.m. | 12:33 p.m. |  |

JURY IMPANELED:  4/5/2022          At: Topeka, Kansas.

| 1 | 101230343, 02-0043 | 7 | 101244761, 02-0042 |
|---|---|---|---|
| 2 | 101222709, 02-0049 | 8 | 101228296, 02-0086 |
| 3 | 101212174, 02-0015 | 9 | 101212057, 02-0061 |
| 4 | 101211166, 02-0036 | 10 | 101235226, 02-0087 |
| 5 | 101229555, 02-0078 | 11 | 101243971, 02-0104 |
| 6 | 101236443, 02-0076 | 12 | 101229835, 02-0057 |
| 1a | 101242969, 02-0082 | 2a | 101230079, 02-0046 |
| 3a | 101229190, 02-0109 | 4a | 101217459, 02-0014 |

## **TRIAL PROCEEDINGS**

**Tuesday, April 5, 2022:**

    The court discusses preliminary matters with counsel.

    Jury selection and voir dire held.

    Jury selected.

    The court recesses for the day.

    Trial to resume on April 6, 2022.

**Wednesday, April 6, 2022:**

    Opening statements by the parties.

    The government begins presentation of evidence.

    The court recesses for the day.

    Trial to resume on April 7, 2022.

**Thursday, April 7, 2022:**

    The government continues presentation of evidence.

    The court recesses for the day.

    Trial to resume on April 8, 2022.

**Friday, April 8, 2022:**

    The government continues presentation of evidence.

    The court recesses for the day.

    Trial to resume on April 11, 2022.

**Monday, April 11, 2022:**

>The government continues presentation of evidence.

>The court recesses for the day.

>Trial to resume on April 12, 2022.

**Tuesday, April 12, 2022:**

>The government continues presentation of evidence.

>The court recesses for the day.

>Trial to resume on April 13, 2022.

**Wednesday, April 13, 2022:**

>The government continues presentation of evidence.

>The court recesses for the day.

>Trial to resume on April 15, 2022

**Friday, April 15, 2022:**

>The government continues presentation of evidence.

>The government rests.

>The defendant moves for judgment of acquittal pursuant to Rule 29 – the court reserves a decision on the motion as set forth in full on the record.

>The defendant begins presentation of evidence.

>The court recesses for the day.

>Trial to resume on April 18, 2022.

**Monday, April 18, 2022**

    The defendant continues presentation of evidence.

    The court recesses for the day.

    Trial to resume on April 19, 2022.

**Tuesday, April 19, 2022:**

    The defendant continues presentation of evidence.

    The court recesses for the day.

    Trial to resume on April 20, 2022.

**Wednesday, April 20, 2022:**

    The defendant continues presentation of evidence.

    The defendant rests

    The government present rebuttal evidence.

    The government rests.

    The court recesses for the day.

    Trial to resume on April 21, 2022.

**Thursday, April 21, 2022:**

    The court conducts jury instruction conference outside presence of the jury.

    Instructions read to the jury.

    Closing arguments by the parties.

    Jury retires for deliberations.

**Friday, April 22, 2022:**

  Jury returns with a verdict of defendant guilty on Counts 1-31, 32 and 33 of the Indictment.

  Verdict is accepted by Judge Crabtree.

☒ Judgment deferred ☒ PSI ordered ☒ Bond to continue ☐ Remand to custody.

  The court sets sentencing for July 21, 2022, at 1:30 p.m.

  The court directs the parties to file any post trial motions pursuant to the court's rules.